# United States Court of Appeals
## For the First Circuit

No. 18-1138

JOSE ALBERTO MEDINA,

Petitioner,

v.

MATTHEW G. WHITAKER,
ACTING ATTORNEY GENERAL,*

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on January 22, 2019, is amended as follows:

On page 5, line 6, delete "motion to"

---

* Pursuant to Fed. R. App. P. 43(c)(2), Acting Attorney General Matthew G. Whitaker has been substituted for former Attorney General Jefferson B. Sessions, III as the respondent.